**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC)  **APPEARANCE OF COUNSEL** |

*This Document Relates To:*

| | |
|---|---|
| GANNETT CO., INC.,  *Plaintiff*,  -against-  GOOGLE LLC and ALPHABET INC.,  *Defendants*. | Case No. 1:23-cv-5177 (PKC) |
| DOTDASH MEREDITH INC. A/K/A PEOPLE INC. and MEREDITH OPERATIONS CORPORATION,  *Plaintiffs*,  -against-  GOOGLE LLC and ALPHABET INC.,  *Defendants*. | Case No. 1:25-cv-07194 (PKC) |
| INSIDER, INC.,  *Plaintiff*,  -against-  GOOGLE LLC and ALPHABET INC.,  *Defendants*. | Case No. 1:25-cv-07409 (PKC) |

1

| | |
|---|---|
| THE SLATE GROUP LLC,<br><br>                          *Plaintiff,*<br><br>  -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>                        *Defendants.* | Case No. 1:25-cv-07697 (PKC) |
| CMI MARKETING, INC.,<br><br>                          *Plaintiff,*<br><br>  -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>                        *Defendants.* | Case No. 1:25-cv-08630 (PKC) |

To:    The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs Gannett Co., Inc., Dotdash Meredith Inc. a/k/a People Inc., Meredith Operations Corporation, Insider, Inc., The Slate Group LLC, and CMI Marketing, Inc.

Dated: November 11, 2025            Respectfully submitted,

                                                        /s/ *Eric J. Maier*
                                                        Eric J. Maier (*Admitted Pro Hac Vice*)
                                                        KELLOGG, HANSEN, TODD, FIGEL
                                                           & FREDERICK, P.L.L.C.
                                                        1615 M Street, N.W., Suite 400
                                                        Washington, DC 20036
                                                        Tel.:  (202) 326-7923
                                                        Fax:  (202) 326-7999
                                                        Email:  emaier@kellogghansen.com

                                                        *Counsel for Gannett Co., Inc., Dotdash*
                                                        *Meredith Inc. a/k/a People Inc., Meredith*
                                                        *Operations Corporation, Insider, Inc., The Slate*
                                                        *Group LLC, and CMI Marketing, Inc.*

2